IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TAMIKA REESE,**

    *Petitioner*,

v.                                   Case No.: 4:19cv401-MW/MJF

**MARK S. INCH,**
Secretary of the Florida
Department of Corrections,

    *Respondent.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Petitioner's objections, ECF No. 21. Petitioner restates the Magistrate Judge's "background" as set out in the Report and Recommendation, objects to the denial of her eight claims based on the Respondent's procedural default argument, relies upon her arguments as previously briefed, and asks this Court to issue a certificate of appealability. Contrary to Petitioner's objections, the Magistrate Judge recommended, and this Court agrees, that only ground one is procedurally defaulted and grounds two through eight are due to be dismissed on the merits.

Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 habeas petition is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on March 24, 2021.**

s/Mark E. Walker<br>**Chief United States District Judge**